## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**RUTH ANNE LICHTER,**
**Individually and as Special Administrator**
**for The Estate of Timothy E. Lichter,**

                Plaintiff,

                                        **Case No. 07-C-477**

    -vs-

**MERCK & CO., INC., PFIZER INC., and**
**PHARMACIA CORPORATION,**

                Defendants.

## ORDER REGARDING FIFTH DEFENSE IN THE ANSWER OF PFIZER INC. AND PHARMACIA CORPORATION

        IT IS HEREBY ORDERED that the fifth defense in the answer to plaintiff's complaint of defendants, Pfizer Inc. and Pharmacia Corporation, shall be, and hereby is, withdrawn.

        Dated at Milwaukee, Wisconsin, this 2nd day of July, 2007.

                                        **SO ORDERED,**

                                        **s/ Rudolph T. Randa**
                                        **HON. RUDOLPH T. RANDA**
                                        **Chief Judge**